UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

UNITED STATES OF AMERICA　　:　　Hon. Peter G. Sheridan
　　　　　　　　　　　　　　　　　　Crim. No. 07-492 (PGS)
　　　v.　　　　　　　　　　　:

JAMES PARK,　　　　　　　　　:
　　a/k/a Kwang Joon Park　　　　CONTINUANCE ORDER

This matter having come before the Court on the joint application of James Park (by Robert M. Biagiotti, Esq.), and the United States of America by Christopher J. Christie, United States Attorney for the District of New Jersey (Camelia M. Valdes, Assistant U.S. Attorney, appearing), for an order granting a continuance of the proceedings in the above-captioned matter for a period of sixty (60) days to continue discovery and plea negotiations, and the defendant being aware that he has the right to have an Information or Indictment charging him with the commission of an offense within thirty (30) days of his arrest, and also having a right to have this matter brought to trial within 70 days of the date on which an Indictment is filed against him, pursuant to Title 18 of the United States Code, Section 3161(c)(1), and for good and sufficient cause shown,

IT IS THE FINDING OF THIS COURT that this action should be continued for the following reasons:

　　i.　　Discovery is ongoing;

　2.　The defendant needs additional time to review discovery and decide what, if any motions to file;

3. Plea negotiations are in progress, and both the United States and the defendant desire additional time to finalize the negotiations, which, if successful would render trial of this matter unnecessary.

4. Both parties have consented to the aforementioned continuance.

5. Pursuant to Title 18 of the United States Code, Section 3161(h)(8), the ends of justice served by granting the continuance outweigh the best interests of the public and the defendant in a speedy trial.

WHEREFORE, on this ( ) day of December, 2008.

IT IS ORDERED that the proceedings in the above-captioned matter are continued for sixty days, from December 11, 2008 through February 11, 2008 in order to permit the parties to finalize their plea negotiations; and

IT IS FURTHER ORDERED that December 11, 2008 through February 11, 2008 shall be excludable in computing time under the Speedy Trial Act

of 1974, pursuant to Title 18, United States Code, Section 3161(h)(4).

_____
HONORABLE PETER G. SHERIDAN
United States Magistrate Judge

Form and entry
consented to:

_____
CAMELIA M. VALDES
Assistant U.S. Attorney

_____
ROBERT M. BIAGIOTTI, ESQ.
Counsel for defendant James Park